UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Euel Allen,

       Plaintiff,

    v.

United Financial Mortgage, et al.,

       Defendants.
_____/

Case No. C 09-2507   JL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court hereby recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: June 18, 2009

_____
JAMES LARSON
Chief Magistrate Judge