UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
EUEL ALLEN,                              )
                                         )
              Plaintiff,                 )   No. 09-2507 SC
                                         )
       v.                                )
                                         )   NOTICE OF INCOMPLETE
UNITED FINANCIAL MORTGAGE CORP.;         )   FILING
ALLIANCE BANCORP; MORTGAGE               )
ELECTRONIC REGISTRATION SYSTEMS,         )
INC., CALIFORNIA RECONVEYANCE CO.;       )
GMAC MORTGAGE; JP MORGAN CHASE BANK      )
and DOES 1-25, inclusive                 )
                                         )
              Defendants.                )
                                         )
_____)
```

Defendants California Reconveyance Co., JP Morgan Chase Bank, and Mortgage Electronic Registration Systems, Inc., have filed two motions to dismiss. Docket Nos. 4, 15. Plaintiff Euel Allen ("Allen") submitted an Opposition on August 20, 2009. Docket No. 17. Allen failed to submit a complete copy of the Opposition, which is missing at least one page. Allen has until 2:00 p.m. on September 9, 2009 to resubmit this document.

The hearing on the motions to dismiss scheduled for September 11, 2009, is VACATED. There will be no oral arguments and no appearances.

IT IS SO ORDERED.

September 8, 2009

_____
UNITED STATES DISTRICT JUDGE