1   THEODORE E. BACON (CA Bar NO. 115395)
    tbacon@adorno.com
2   PATRICK A. CATHCART (CA Bar No. 65413)
    pcathcart@adorno.com
3   AMY L. MORSE (CA Bar No. 92135)
    amorse@adorno.com
4   FRANCES Q. JETT (CA Bar No. 175612)
    fjett@adorno.com
5   ADORNO YOSS ALVARADO & SMITH
    A Professional Corporation
6   633 W. Fifth Street, Suite 1100
    Los Angeles, CA 90071
7   Tel: (213) 229-2400
    Fax: (213) 229-2499
8

    Attorneys for Defendants CALIFORNIA
9   RECONVEYANCE COMPANY;
    MORTGAGE ELECTRONIC
10  REGISTRATION SYSTEMS, INC.; and
    JPMORGAN CHASE BANK, N.A., an acquirer
11  of certain assets and liabilities of Washington
    Mutual Bank, from the FDIC, acting as
12  Receiver

13                  UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

15

16  EUEL ALLEN                              CASE NO.: C09-02507 SC

17          Plaintiff,                      Judge: Hon. Samuel Conti

18  v.                                      STIPULATION AND MOTION TO
                                            CONTINUE TIME FOR CONDUCTING A
19  UNITED FINANCIAL MORTGAGE CORP.,        MEDIATION, AND ~~PROPOSED~~ ORDER
    ALLIANCE BANCORP.,                      THEREON
20  MORTGAGE ELECTRONIC REGISTRATION
        SYSTEMS, INC.,
21  CALIFORNIA RECONVEYANCE CO.;            COURTRM:       One, 17th Floor
    GMAC MORTGAGE;                          DATE:          September 11, 2009
22  JP MORGAN CHASE BANK and                TIME:          10:00 A.M.
    DOES 1-25, Inclusive
23                                          Action Filed:  May 5, 2009
            Defendants.                     Removed:       June 5, 2009
24

25

26

27      Defendants Mortgage Electronic Registration Systems, Inc. ("MERS"); JPMorgan Chase

28  Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, from the FDIC,

                                             1
    Stipulation and Motion to Continue Time                        CASE NO. C09-02507 JL

acting as Receiver ("JPMorgan"), and California Reconveyance Company ("CRC") (hereafter collectively referred to as "Defendants"), and Plaintiff Euel Allen, jointly stipulate and move this Court for an Order pursuant to ADR Local Rule 6-5 and Civil Local Rule 7-12 extending the time within which to conduct a mediation. This Stipulation and Motion to Continue Time for Conducting a Mediation is made on the following grounds:

1. The parties have met and conferred and exchanged pertinent information to permit Plaintiff to amend his Complaint, which Defendants have stipulated Plaintiff may do;
2. The parties have met with the ADR mediator, Chris Sullivan, on two ADR conference calls, to set their schedule for finalizing the pleadings and conducting a mediation;
3. Plaintiff has indicated that he will add as party defendant the loan broker who originated the loan which is the subject of this action;
4. Plaintiff agreed to file his amended complaint on or before December 4, 2009 and has filed the amended complaint;
5. Defendants have provided Plaintiff with a loan modification application which Plaintiff will submit to JPMorgan Chase Bank, N.A.;
6. The parties, with the agreement of mediator Chris Sullivan, have scheduled a third ADR conference call to arrange for mediation at 10:00 a.m., January 8, 2009;
7. The parties, with the concurrence of the mediator, believe that any mediation of this matter can only succeed if all parties are present, including the loan broker, and if the pleadings have been resolved at that time.

///
///
///
///
///
///
///

8. The parties hereby request, and the mediator concurs in the request, that the time for conducting a mediation should be extended by sixty (60) days from the current deadline, January 13, 2010.

DATED: _____, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ PATRICK A. CATHCART
THEODORE E. BACON
PATRICK A. CATHCART
AMY L. MORSE
FRANCES Q. JETT
Attorneys for Defendants CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, from the FDIC, acting as Receiver

DATED: 1/8, 2010

MOSS and MURPHY

By: /s/ Patricia M. Turnage
GLENN L. MOSS
PATRICIA TURNAGE
Attorneys for Plaintiff EUEL ALLEN

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: 1/14/10, ~~2009~~   By _____
Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

Stipulation and Motion to Continue Time

3

CASE NO. C09-02507 JL