1  THEODORE E. BACON (CA Bar NO. 115395)
   tbacon@adorno.com
2  PATRICK A. CATHCART (CA Bar No. 65413)
   pcathcart@adorno.com
3  AMY L. MORSE (CA Bar No. 92135)
   amorse@adorno.com
4  FRANCES Q. JETT (CA Bar No. 175612)
   fjett@adorno.com
5  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
6  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
7  Tel: (213) 229-2400
   Fax: (213) 229-2499
8
   Attorneys for Defendants CALIFORNIA
9  RECONVEYANCE COMPANY;
   MORTGAGE ELECTRONIC
10 REGISTRATION SYSTEMS, INC.; and
   JPMORGAN CHASE BANK, N.A., an acquirer
11 of certain assets and liabilities of Washington
   Mutual Bank, from the FDIC, acting as
12 Receiver

13                UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

15
   EUEL ALLEN                              CASE NO.: C09-02507 SC
16
          Plaintiff,                       Judge: Hon. Samuel Conti
17
   v.                                      **SECOND STIPULATION AND MOTION
18                                         TO CONTINUE TIME FOR
   UNITED FINANCIAL MORTGAGE CORP.,        CONDUCTING A MEDIATION, AND
19 ALLIANCE BANCORP.,                      PROPOSED ORDER THEREON**
   MORTGAGE ELECTRONIC REGISTRATION
20    SYSTEMS, INC.,
   CALIFORNIA RECONVEYANCE CO.;            COURTRM:    One, 17th Floor
21 GMAC MORTGAGE;                          DATE:       September 11, 2009
   JP MORGAN CHASE BANK and                TIME:       10:00 A.M.
22 DOES 1-25, Inclusive
                                           Action Filed:  May 5, 2009
23        Defendants.                      Removed:       June 5, 2009

24

25

26

27  Defendants Mortgage Electronic Registration Systems, Inc. ("MERS"); JPMorgan Chase

28  Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, from the FDIC,

                                          1

1    acting as Receiver ("JPMorgan"), and California Reconveyance Company ("CRC") (hereafter
2    collectively referred to as "Defendants"), and Plaintiff Euel Allen, jointly stipulate and move this
3    Court for an Order pursuant to ADR Local Rule 6-5 and Civil Local Rule 7-12 extending the time
4    within which to conduct a mediation. This Stipulation and Motion to Continue Time for Conducting
5    a Mediation is made on the following grounds:

6       1. The parties have met and conferred and exchanged pertinent information to permit
7          Plaintiff to amend his Complaint, which Defendants have stipulated Plaintiff may do;
8       2. The parties have met with the ADR mediator, Chris Sullivan, on three ADR
9          conference calls, to set their schedule for finalizing the pleadings and conducting a
10         mediation;
11      3. Plaintiff has obtained a First Amended Summons as to Investors Mortgaged and
12         Realty ("Investors") to be added as party defendant. Investors was the loan broker
13         who originated the loan which is the subject of this action;
14      4. Plaintiff filed his amended complaint on December 4, 2009;
15      5. Defendants have provided Plaintiff with a loan modification application which
16         Plaintiff will submit to JPMorgan Chase Bank, N.A.;
17      6. JPMorgan filed a motion to dismiss the First Amended Complaint on December 21,
18         2009, which the Court has set for hearing on March 19, 2010, at 10:00 am;
19      7. In view of the issues raised in the motion to dismiss and the necessity for resolution
20         of those issues prior to an effective mediation, the parties, with the agreement of
21         mediator Chris Sullivan, have scheduled a fourth ADR conference call to arrange for
22         mediation for 10:00 a.m., March 23, 2010;
23      8. The parties, with the concurrence of the mediator, believe that any mediation of this
24         matter can only succeed if all parties are present, including the loan broker, and if the
25         pleadings have been resolved at that time.
26   ///
27   ///
28   ///

9. The parties hereby request, and the mediator concurs in the request, that the time for conducting a mediation should be extended by thirty days from the current deadline of March 14, 2010, so that the date for completion of mediation will be April 13, 2010.

DATED: February 12, 2010

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: ___/s/ PATRICK A. CATHCART___
THEODORE E. BACON
PATRICK A. CATHCART
AMY L. MORSE
FRANCES Q. JETT
Attorneys for Defendants CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, from the FDIC, acting as Receiver

DATED: February 12, 2010

MOSS and MURPHY

By: _____[signature]_____
GLENN L. MOSS
PATRICIA TURNAGE
Attorneys for Plaintiff EUEL ALLEN

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: February ~~12~~ 16, 2010

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]