PATRICIA A. TURNAGE (SB#127873)
LAW OFFICES OF PATRICIA TURNAGE
1260 "B" Street, Suite 140
Hayward, CA 94541
Tel: 510-727-6752
Fax: 510-727-6751

GLEN L. MOSS (SB#44307)
MOSS AND MURPHY
1297 B Street
Hayward, CA 94541
Tel: 510-583-1155
Fax: 510-583-1200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

EUEL ALLEN,

    Plaintiff,

vs.

UNITED FINANCIAL MORTGAGE CORP., ET AL.,

    Defendants.

No. C 09-02507 SC

STIPULATION RE TRIAL CONTINUANCE AND ORDER THEREON

TRIAL DATE: March 14, 2011
Time: 9:00 a.m.
Dept. Courtroom 1, 17th Floor

STIPULATION

IT IS HEREBY STIPULATED by and between the parties, EUEL ALLEN (" Plaintiff") and CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., and JP MORGAN CHASE BANK, ("Defendants"), that the above stated date for trial of this matter to be continued to the next available trial date, mutually agreeable to all parties. The stipulation is based upon the following facts:

STIPULATION RE TRIAL CONTINUANCE AND ORDER THEREON

1

## FACTS

On April 8, 2010, Plaintiff and Defendants ("the parties") actively participated in an all day mediation with mediator, Christopher Sullivan. At the end of the day, the parties agreed to settle the case. Part of the settlement reached was that Defendants would consider offering a loan modification to Plaintiff. Months later the defendants offered the loan modification to Plaintiff. Plaintiff immediately completed loan modification forms and sent them to counsel for Defendants. Plaintiff then was injured on the job and went on temporary total disability. Plaintiff has now returned to work and has stable income.

In early January, 2011, Defendants through their counsel have requested that Plaintiff reapply for loan modification. Plaintiff is in the process of reapplying for loan modification. Defendants have served discovery on Plaintiff. In light of the pending settlement, Plaintiff has been granted an extension in which to respond.

The parties still wish to settle this case without trial and respectfully request that the court grant them additional time in which to finalize settlement.

Dated: January 18, 2011

Respectfully Submitted,

_____
Patricia A. Turnage, Attorneys for Plaintiff,
Euel Allen

Dated: January 25, 2011

_____
Frances Q. Jett, Attorneys for Defendants
California Reconveyance Company, Mortgage
Electronic Registration Systems, Inc. and
JP Morgan Chase Bank

## ORDER

The Court having considered the request of the parties, and

GOOD CAUSE APPEARING THEREFOR:

IT IS ORDERED that the trial in this matter be continued. The new trial date is __April 25 2011__.

Dated: 1/26/11

_____
Samuel Conti, United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION RE TRIAL CONTINUANCE AND ORDER

- 2 -