## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| EUEL ALLEN<br><br>        Plaintiff,<br><br>v.<br><br>UNITED FINANCIAL MORTGAGE CORP., ALLIANCE BANCORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CALIFORNIA RECONVEYANCE CO.; GMAC MORTGAGE; JP MORGAN CHASE BANK and DOES 1-25, Inclusive<br><br>        Defendants. | **CASE NO.:** C09-02507 SC<br><br>**Judge:** Hon. Samuel Conti<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF TRIAL**<br><br>**Action Filed:** May 5, 2009<br>**Removed:** June 5, 2009 |

    Pursuant to stipulation of the parties, by and through their respective attorneys of record herein,

    IT IS ORDERED:

    1.    That trial in this action be continued from April 25, 2011, to _____, 2011, commencing at _____A.M., in Courtroom 1 of this Court;

///

///

---

1

JOINT STIPULATION ORDER RE: CONTINUANCE OF TRIAL

2080337.1

1      2.    That the Pretrial Conference be continued from April 21, 2011, to

2 _____, 2011, commencing at _____ A.M., in Courtroom 1 of

3 this Court; and

4      3.    All trial related deadlines, including but not limited to all discovery

5 deadlines and motion cut-off dates, shall be continued in accordance with the

6 continued trial date.

8 DATED: March 23, 2011        By: _____

9                                           HON. SAMUEL CONTI
10                                           UNITED STATES DISTRICT COURT JUDGE

*[Stamp: DENIED — Judge Samuel Conti — United States District Court, Northern District of California]*

2

JOINT STIPULATION ORDER RE: CONTINUANCE OF TRIAL

2080337.1

*[Left margin: ALVARADOSMITH, A PROFESSIONAL CORPORATION, LOS ANGELES]*