IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUEL ALLEN, | ) Case No. 09-2507 SC |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| UNITED FINANCIAL MORTGAGE CORP.; ALLIANCE BANCORP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CALIFORNIA RECONVEYANCE CO.; GMAC MORTGAGE; JP MORGAN CHASE BANK; INVESTORS MORTGAGE AND REALTY; DOES 1 to 25, inclusive, | ) |
| Defendants. | ) |

On September 2, 2011, the Court in the above-entitled action issued its Memorandum of Decision. ECF No. 81. In accordance with the Court's Memorandum of Decision, JUDGMENT is hereby entered in favor of Defendants JP Morgan Chase Bank and California Reconveyance Company on Plaintiff Euel Allen's claims for fraud, violations of the Truth In Lending Act, and violations of the Fair Debt Collection Practices Act.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: September 7, 2011

UNITED STATES DISTRICT JUDGE