IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUEL ALLEN, | Case No. 09-2507 SC |
| Plaintiff, | ORDER RE: TRIAL EXHIBITS |
| v. | |
| UNITED FINANCIAL MORTGAGE CORP.; ALLIANCE BANCORP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CALIFORNIA RECONVEYANCE CO.; GMAC MORTGAGE; JP MORGAN CHASE BANK; INVESTORS MORTGAGE AND REALTY; DOES 1 to 25, inclusive, | |
| Defendants. | |

On September 2, 2011, the Court in the above-entitled action issued its Memorandum of Decision. ECF No. 81. As the trial in this matter has now concluded, the parties are hereby ORDERED to pick up their exhibits from the Court and retain the exhibits in their original form for appeal purposes. The parties shall contact the Courtroom Deputy to make arrangements to pick up their exhibits.

IT IS SO ORDERED.

Dated: September 7, 2011

_____
UNITED STATES DISTRICT JUDGE